# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

ADELICIA MELENDEZ BURGOS

CASE NO. 16-03855-BKT

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 1/5/2017

With respect to the above-referred payment plan with a base of $50,700.00 the Trustee Renders the following recommendation:

[ ] **FAVORABLE**            [X] **UNFAVORABLE**

The liquidation value of the estate is: $0.00

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. **[X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

**Debtor's plan distribute to unsecured creditors $3,326.00 while means test pool requires $12,003.00.**

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 1/9/2017

ROBERTO FIGUEROA
COUNSEL FOR DEBTOR(S)

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV