IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ADELICIA MELENDEZ BURGOS

DEBTOR(S)

CASE NO. 16-03855-BKT

CHAPTER 13

# TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 7/24/2018

With respect to the above-referred payment plan with a base of $64,984.00 the Trustee Renders the following recommendation:

☐ FAVORABLE          [X] UNFAVORABLE

The liquidation value of the estate is: 0.00

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

**5. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

**As per amended schedule J debtor's disposable income is $1,498.00 and plan proposes payments of $998.00**

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**(1)Part 1.3 – regarding part 8 marked as Included; however, part 8 reflects as NONE. (2 )In section 6.1 debtor's proposes arrears to First Bank POC 3-2; however, the POC 3-2 filed by First Bank does not provide arrears. (3)Trustee will not make disbursement, nor retain funds unless a claim is filed for arrears to First Bank PR.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 8/6/2018

ROBERTO FIGUEROA
COUNSEL FOR DEBTOR(S)

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV